

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

MICHAEL R. ABRAMS  
Assistant Solicitor General

(512) 936-1700  
Michael.Abrams@oag.texas.gov

January 27, 2023

**Via CM/ECF**

Lyle W. Cayce  
Clerk of Court  
United States Court of Appeals  
Fifth Circuit  
600 S. Maestri Place  
New Orleans, Louisiana 70130

  Re: *State of Texas, et al. v. Nuclear Regulatory Commission, et al.*, No. 21-60743

Dear Mr. Cayce:

  The D.C. Circuit's opinion in *Don't Waste Michigan v. NRC* underscores that a merits decision here is warranted.

  At this case's hearing, the NRC characterized the *Don't Waste Michigan* challenges as ones that were "properly brought" as a contrast to its argument that *Texas's* challenge is procedurally flawed. *See, e.g.*, Oral Arg. 21:57-22:03. The D.C. Circuit apparently disagreed, though, because it denied the many petitions for review in that case in summary fashion, in large part for "jurisdictional" reasons or because the petitioners did not comply with the NRC's internal procedural rules.

  Nevertheless, the NRC doubles down on its attempt to leverage the *Don't Waste Michigan* proceedings as a reason why this Court should not reach the merits. But that is even more untenable now than it was before. This case undeniably presents a "major subject[] of public concern." 42 U.S.C. § 10131(a)(7). And Texas has already explained in multiple filings why no internal NRC procedural rules prevent this Court from reaching the merits. If the NRC's procedural arguments prevail there would remain no evident way to challenge the NRC's unauthorized answer to this major question. No authority binds this Court to that inequitable resolution, and this

Page 2

Court should decline the NRC's invitation to adopt it.

                                                           Respectfully submitted.

                                                           /s/ Michael R. Abrams

                                                           Michael R. Abrams
                                                           Assistant Solicitor General
                                                           *Counsel of Record for Texas Petitioners*

cc: counsel of record (via CM/ECF)