# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 25, 2023
Lyle W. Cayce
Clerk

No. 21-60743

---

State of Texas; Greg Abbott, *Governor of the State of Texas*; Texas Commission on Environmental Quality; Fasken Land and Minerals, Limited; Permian Basin Land and Royalty Owners,

*Petitioners*,

*versus*

Nuclear Regulatory Commission; United States of America,

*Respondents*.

---

Petition for Review from an Order of the
Nuclear Regulatory Commission

---

Before Jones, Ho, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the petition of State of Texas; Greg Abbott, Governor of the State of Texas; Texas Commission on Environmental Quality; Fasken Land and Minerals, Limited; Permian Basin Land and Royalty Owners for review of an order of the Nuclear Regulatory Commission and was argued by counsel.

No. 21-60743

IT IS ORDERED and ADJUDGED that the petition for review is GRANTED.

IT IS FURTHER ORDERED that respondents pay to petitioners the costs on appeal to be taxed by the Clerk of this Court.