# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 25, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-60743   State of Texas v. NRC
                  USDC No. 72-1050

Enclosed is an order entered in this case.


                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Melissa V. Mattingly, Deputy Clerk
                          504-310-7719

Mr. Michael Abrams
Mr. Andrew Paul Averbach
Mr. Ryan Baasch
Mr. Arnold Bradley Fagg
Mr. Merrick Garland, U.S. Attorney General
Mr. Justin Heminger
Mr. Allan L. Kanner
Mr. Ryan Kennedy Lighty
Mr. Timothy P. Matthews
Ms. Lanora Christine Pettit
Ms. Annemieke Monique Tennis