# United States Court of Appeals for the Fifth Circuit

---

No. 21-60743

---

State of Texas; Greg Abbott, *Governor of the State of Texas*; Texas Commission on Environmental Quality; Fasken Land and Minerals, Limited; Permian Basin Land and Royalty Owners,

*Petitioners,*

versus

Nuclear Regulatory Commission; United States of America,

*Respondents.*

---

Petition for Review from an Order of the
Nuclear Regulatory Commission
Agency No. 72-1050

---

### UNPUBLISHED ORDER

Before Jones, Ho, and Wilson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED Respondents' opposed alternative motion to transfer the petition for review filed by Fasken Land and Minerals, Limited

No. 21-60743

and Permian Basin Land and Royalty Owners to the United States Court of Appeals for the District of Columbia Circuit is DENIED.