# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

State of Texas et al. v. Nuclear Regulatory Comm'n; United States of America   No. 21-60743

The Clerk is requested to tax the following costs against: Respondents Nuclear Regulatory Commission; United States of America

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | 500 | | | | |
| Appendix or Record Excerpts | 4 | 28 | 0.15 | 16.8 | | | | |
| Appellant's Brief | 7 | 60 | 0.15 | 63 | | | | |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 7 | 32 | 0.15 | 33.6 | | | | |
| Other: spiral binding | 18 | 1 | 1.5 | 27 | | | | |

Total $ 640.4   Costs are taxed in the amount of $ _____

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

LYLE W. CAYCE, CLERK

State of _____
County of Travis   By _____
    Deputy Clerk

I Michael Abrams, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 8th day of September, 2023.

/s/ Michael R. Abrams
**(Signature)**

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

Attorney for State of Texas Petitioners