# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

June 12, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Nuclear Regulatory Commission, et al.
        v. Texas, et al.
        No. 23-1300
        (Your No. 21-60743)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 12, 2024 and placed on the docket June 12, 2024 as No. 23-1300.

Sincerely,

Scott S. Harris, Clerk

by

Rashonda Garner
Case Analyst

