# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 14, 2024

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Interim Storage Partners, LLC
v. Texas, et al.
No. 23-1312
(Your No. 21-60743)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 12, 2024 and placed on the docket June 14, 2024 as No. 23-1312.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst